**892-15**

# ELECTRONIC RECORD

COA # 11-13-00174-CR                OFFENSE: 32.21

STYLE: Morris Landon Johnson, II v. The State of Texas                COUNTY: Erath

COA DISPOSITION: AFFIRMED                TRIAL COURT: 266th District Court

DATE: 6/5/15                Publish: NO   TC CASE #: CR13895

# IN THE COURT OF CRIMINAL APPEALS

STYLE: Morris Landon Johnson, II
v. The State of Texas                CCA #: **PD-0892-15**

_____PRO SE_____ Petition                CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:                DATE: _____

_____REFUSED_____                JUDGE: _____

DATE: 11/04/2015                SIGNED: _____   PC: _____

JUDGE: Per Curiam                PUBLISH: _____   DNP: _____

--------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**